# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL KING

      v.

HON. CHARLES B. BURR II, IN HIS
OFFICIAL CAPACITY AS JUDGE OF THE
COURT OF COMMON PLEAS OF
DELAWARE COUNTY

PETITION OF: DANIEL KING AND
THOMAS P. GANNON

: No. 173 MM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.

    The Application for Relief Pursuant to Pa.R.A.P. 123, filed by Riverwatch Condominium Owners Association, is **DISMISSED WITHOUT PREJUDICE**. *See King v. Delaware County Court of Common Pleas Judge*, 2 MM 2017 (order dated February 28, 2017) (issuing a rule on Petitioners "to show cause why they should not be barred from submitting any further filings in this Court relative to the civil action involving Riverwatch Condominium Owners Association, including any related orders concerning the awards of costs, as well as directives barring Thomas P. Gannon, Esquire, from representing Daniel King.").

    The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.